ROBERT LEE MORTON v. JOSEPH MANZO AND
PATRICK MANZO.

September 11, 1987.

Petition for certification denied.

PROVINCIAL WEST ASSOCIATES v. CHERRY HILL RENT
REVIEW BOARD, TOWNSHIP COUNCIL OF THE
TOWNSHIP OF CHERRY HILL.

September 11, 1987.

Petition for certification denied.

VIRGINIA HOLDER (FORMERLY VIRGINIA POLANSKI) v.
BENJAMIN H. POLANSKI.

September 11, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. DANIEL DUCRET.

September 11, 1987.

Petition for certification denied.